**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **DIGITAL VERIFICATION SYSTEMS, L.L.C** | § § § | |
| VS. | § § § | CIVIL ACTION NO. 2:16-CV-00495 LEAD CASE |
| **ADOBE SYSTEMS, INC.** | § | |

## ORDER OF DISMISSAL

In light of the Stipulated Motion for Dismissal with Prejudice filed by Plaintiff Digital Verification Systems, LLC ("DVS") and Defendant DocuSign, Inc. ("DocuSign"), it is ORDERED all claims in the Complaint against DocuSign, Inc. are hereby DISMISSED WITH PREJUDICE.  It is further ORDERED that DocuSign's counterclaims of non-infringement against DVS are DISMISSED WITH PREJUDICE.  It is also ORDERED that DocuSign's counterclaims of invalidity against DVS are DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, attorneys' fees and expenses.

**IT IS SO ORDERED.**

    **SIGNED this 9th day of January, 2017.**

                                                  ROY S. PAYNE
                                                  UNITED STATES MAGISTRATE JUDGE